**Electronically Filed
Supreme Court
SCAD-23-0000182
26-MAY-2023
02:00 PM
Dkt. 21 OSUS**

SCAD-23-0000182

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

GEORGE M. ALLEN, (HI Bar #2664),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 22-0022)

ORDER OF RECIPROCAL SUSPENSION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Intermediate Court of Appeals Chief Judge Ginoza,
in place of Nakayama, J., recused, and Intermediate Court of
Appeals Associate Judge Leonard, assigned by reason of vacancy)

Upon consideration of the petition for the imposition of reciprocal discipline upon Respondent George M. Allen, filed on March 23, 2023 by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.15 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), the declaration and exhibits appended thereto, the May 16, 2023 amended declaration submitted by Bradley R. Tamm, ODC Chief Disciplinary Counsel, indicating that

Respondent Allen does not oppose the imposition of reciprocal discipline, and the record in this matter, we conclude the record submitted supports the imposition of a two-year reciprocal suspension in this jurisdiction. We note Respondent Allen remains administratively suspended in this jurisdiction. Finally, we note that previous attempts at service to Respondent Allen's address registered with the Hawaiʻi State Bar Association have been unsuccessful, and note ODC has identified an alternate address in California, and an email address, for communication with Allen. Therefore,

IT IS HEREBY ORDERED that the petition for reciprocal discipline is granted.

IT IS FURTHER ORDERED that Respondent Allen is suspended from the practice of law in this jurisdiction for two years, effective upon entry of this order, RSCH Rule 2.16(c) notwithstanding, in light of his current administrative suspension. Respondent Allen shall, however, file an affidavit or declaration, within 40 days of the entry date of this order, complying with the requirements of RSCH Rule 2.16(d).

IT IS FURTHER ORDERED that Respondent Allen shall bear the costs of this reciprocal disciplinary proceeding upon the approval of a timely submitted Verified Bill of Costs, pursuant to RSCH Rule 2.3(c), and shall be required to submit, as a prerequisite to reinstatement, proof of payment of any such bill

2

of costs and proof of his compliance with the disciplinary conditions imposed upon him in Colorado and his reinstatement to good standing in that jurisdiction.

IT IS FURTHER ORDERED that the Disciplinary Board of the Hawaiʻi Supreme Court shall comply with RSCH Rule 2.16(e) with regard to general notice of Allen's suspension, and the clerk of the court shall comply with RSCH Rule 2.16(f) regarding the notice to the judges of the State of Hawaiʻi.

IT IS FURTHER ORDERED that, pursuant to RSCH Rule 2.11(b), the clerk shall serve the instant order and any future documents on Respondent Allen at the California address and, as a courtesy, the email address found at Docket 3:3 in the record.

DATED: Honolulu, Hawaiʻi, May 26, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Katherine G. Leonard

3